# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SEAN ANTHONY YANNOTTI, on behalf of himself and a class of all others similarly situated as described,<br>    Plaintiffs<br><br>v.<br><br>CITY OF ANN ARBOR,<br>    Defendant | Case No. 22-cv-12147<br><br>Hon. Anthony P. Patti |

### ORDER SETTING FAIRNESS HEARING PROCEDURES
### AND HEARING ON CLASS CERTIFICATION
### AND WHETHER TO APPROVE SETTLEMENT

The Court has been informed that a proposed settlement on a class-wide basis has been reached. In furtherance of the same, the Court orders as follows—

1. The Parties shall by **August 15, 2025**, file their joint motion for class certification and approval of the class settlement and post a copy of the same at the website, www.annarborchalk.com.

2. The Court hereby sets **October 17, 2025 at 9:30am** as the date set for the Fairness/Class Certification Hearing to held at the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 673, Detroit, MI 48226.

3. At the Fairness/Class Certification Hearing, the Court will consider the request to approve a class wide settlement, appoint Sean Yannotti as class representative, and appoint class counsel.

4. The proposed class consists of all persons and entities who were subject to the placement of a chalk mark on one or more of the four tires of vehicle to obtain information to justify the issuance of parking tickets within the territorial limits of Ann Arbor, Michigan between April 3, 2017 and April 23, 2019.

5. Notice of the Fairness/Class Certification Hearing and the ability to opt-out or object shall be provided by posting a copy of this notice at the Office of the Ann Arbor City Clerk; posted on the City of Ann Arbor Website; and being published in the *Ann Arbor Observer*, a newspaper of general circulation that includes the City of Ann Arbor. Press releases to traditional media outlets are also encouraged.

6. Any potential class member may elect to be excluded from (opt-out of) the Settlement by mailing to Plaintiff's counsel and Defendant's counsel a written request for exclusion that is postmarked no later than the date of the Fairness/Class Certification Hearing. Instructions and mailing information are available at www.annarborchalk.com.

7. Any potential class member may object to the Settlement by filing with the Court and serving on Plaintiff's counsel and Defendant's counsel written objections postmarked no later than 14 days before the Fairness/Class Certification Hearing. Instructions and mailing information are available at www.annarborchalk.com.

IT IS **SO ORDERED**.

Dated: August 7, 2025

Anthony P. Patti
United States Magistrate Judge

STIPULATED FOR ENTRY:

/s/ Philip L. Ellison                     Date: August 1, 2025
Counsel for Plaintiff Yannotti

/s/ Jennifer Richards (with permission)   Date: August 1, 2025
Counsel for Defendant City